Lewis v. Ewing et al.

---

## LEWIS v. EWING ET AL.

SUPREME COURT.—*Record.—New Trial.—Surprise.—Affidavit.—Bill of Exceptions.*—Where a motion for a new trial is based upon affidavits alleging "surprise," such affidavits must be made part of the record by a bill of exceptions, to present any question on the motion to the Supreme Court.

From the Huntington Circuit Court.

*L. P. Milligan* and *A. Moore*, for appellant.

*J. B. Kenner*, for appellees.

WORDEN, J.—This was an action by the appellees, against the appellant, upon an account stated. Issue, trial, verdict and judgment for the plaintiffs, and motion by defendant for a new trial overruled.

The appellant claims that the evidence failed to sustain the verdict; but, upon looking into the bill of exceptions, we think there was evidence tending to sustain the material allegations of the complaint.

The motion for a new trial was based in part upon the

ground of surprise at some of the testimony given by the plaintiffs; and affidavits in respect to this point seem to have been filed. But these affidavits were not made a part of the record by a bill of exceptions, and we cannot notice them.

The judgment below is affirmed, with costs and five per cent. damages.